583 A.2d 308
STATE OF NEW JERSEY v. WILLIAM DUDAS.

January 23, 1990.

Petition for certification denied.

583 A.2d 308
STATE OF NEW JERSEY v. NATHANIEL EXSON.

January 23, 1990.

Petition for certification denied.

583 A.2d 308
WINDING BROOK MOBILE HOME PARK, ETC. v. HOWELL
TOWNSHIP RENT STABILIZATION AND
CONTROL BOARD.

January 23, 1990.

Petition for certification denied.

583 A.2d 308
DONALD CASSOFF v. EILEEN T. QUIGLEY, INC.

January 23, 1990.

Petition for certification denied.